UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH RICHARDSON AND KAREN RICHARDSON | CIVIL ACTION |
| VERSUS | NO: 06-8989 |
| ALLSTATE INDEMNITY COMPANY, ET AL. | SECTION: "J" (3) |

**ORDER**

Before the Court is plaintiffs' Motion to Remand (Doc. 6). The motion is opposed. Plaintiffs' claims concern policy procurement and not policy administration. For the reasons stated in *Landry v. State Farm Fire & Cas. Co.*, 428 F.Supp. 2d 531 (E.D.La. 2006) this case is not preempted by the NFIA.

Accordingly,

**IT IS ORDERED** that plaintiffs' Motion to Remand (Doc. 6) is **GRANTED**; the above-captioned action is hereby **REMANDED** to the court from which it was removed.

New Orleans, Louisiana this the 10th day of January, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE